In the Matter of the Final Accounting of GUSTAV GOMP-
RECHT, as Assignee, etc.

(Submitted June 15, 1886; decided June 25, 1886.)

*Blumenstiel & Hirsch* for appellant.

*Wm. B. Hornblower* and *James Byrne* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.

---

DAVID LEVY et al    Respondents, *v.* ROBERT SALOMON, Ap-
pellant.

(Submitted June 15, 1886; decided June 25, 1886.)

*Blumenstiel & Hirsch* for appellant.

*Townsend, Dyett & Einstein* for respondents.

Agree to dismiss appeal on the ground that the opinion of
DANIELS J., at the General Term, demonstrates that there was
jurisdiction to grant the order of arrest, and there is, therefore,
nothing for review.
All concur.
Appeal dismissed.